IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHRISTOPHER L. ESOMO | ) | |
| | ) | |
| V. | ) | 3-07-CV-1814-K |
| | ) | |
| ANGELA K. BARROWS, ET AL | ) | |

### ORDER

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

IT IS ORDERED that Defendant Muller's motion to dismiss (Docket #7) is GRANTED and Defendant Muller is DISMISSED for this case for lack of jurisdiction

SO ORDERED.

Signed this 4th day of March, 2008.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE